IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DONALD L. KIDDER, | ) | Civ. No. 06-00065 HG-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | REPORT OF SPECIAL MASTER |
| | ) | RECOMMENDING THAT |
| SUZANNE MCGRATH-  | ) | PLAINTIFF'S REQUEST FOR |
| KITAMURA, et al., | ) | FEES AND COSTS BE GRANTED |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

REPORT OF SPECIAL MASTER RECOMMENDING THAT PLAINTIFF'S
REQUEST FOR FEES AND COSTS BE GRANTED

Plaintiff Donald L. Kidder's Motion to Enforce Settlement and For Reimbursement of Attorneys' Fees and Costs was granted by Judge Helen Gillmor on November 3, 2008. Judge Gillmor expressly "order[ed] that Kidder be awarded reasonable attorneys' fees and costs incurred in enforcing the terms of the October 16, 2008, settlement agreement." She also appointed this Court as a Special Master to determine the amount of reasonable fees and costs.

Kidder's counsel filed a declaration on November 6, 2008, specifying in detail that $2,284.82 in attorneys' fees and costs were incurred in enforcing the settlement agreement. Defendants do not challenge or oppose the declaration. The

Special Master therefore FINDS, in the absence of any opposition by Defendants, that the amount sought is reasonable, and RECOMMENDS that Kidder be awarded $2,284.82 in attorneys' fees and costs.

DATED: Honolulu, Hawaii, December 7, 2008.

IT IS SO FOUND AND RECOMMENDED.



　　　　　　　　　　　　　　　/S/ Barry M. Kurren
　　　　　　　　　　　　　　　Barry M. Kurren
　　　　　　　　　　　　　　　United States Magistrate Judge

Donald L. Kidder v. Suzanne McGrath-Kitamura, et al., Civ. No. 06-00065 HG-BMK; REPORT OF SPECIAL MASTER RECOMMENDING THAT PLAINTIFF'S REQUEST FOR FEES AND COSTS BE GRANTED.