IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DONALD L. KIDDER,<br><br>    Plaintiff,<br><br>    vs.<br><br>SUZANNE McGRATH-KITAMURA,<br>McGrath Properties V,<br>John Does 1-20, Jane Does<br>1-20, Doe Partnerships 1-<br>20, Doe Corporations 1-<br>20, Doe Entities 1-20,<br>Doe Governmental Units 1-<br>20, All other persons or<br>entities unknown claiming<br>any right, title, estate,<br>lien or interest in real<br>property described<br>herein; and to whom it<br>may concern,<br><br>    Defendants. | CIVIL 06-00065 HG-BMK |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on December 8, 2008 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Report of Special Master

Recommending that Plaintiff's Request for Fees and Costs be Granted," Document 228, is adopted as the opinion and order of this court.

    IT IS SO ORDERED.

    DATED: January 7, 2008, Honolulu, Hawaii.



                                 **/s/ Helen Gillmor**

                                 Chief United States District Judge